**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7385**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

KIMBERLY RUSSELL HOBSON,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, Chief District Judge.  (1:17-cr-00470-TDS-1)

Submitted:  August 17, 2021                    Decided:  September 8, 2021

Before HARRIS and RICHARDSON, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kimberly Russell Hobson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kimberly Russell Hobson appeals the district court's order denying her motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i).[*] We have reviewed the record and find no abuse of discretion in the district court's denial of Hobson's motion for compassionate release. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021) (stating standard of review). Accordingly, we affirm for the reasons stated by the district court. *United States v. Hobson*, No. 1:17-cr-00470-TDS-1 (M.D.N.C. Aug. 3, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Although we previously placed this appeal in abeyance, for reasons appearing to the court, we may proceed with consideration of this appeal.